UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. CASEY, | : |
| Plaintiff, | : Civil Action No.: |
| | : 1:10-CV-12210-RWZ |
| v. | : |
| FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION, ET AL., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL
## AS AGAINST DEFENDANT CORELOGIC US, INC. ONLY

Plaintiff and Defendant FABSC hereby stipulate and give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff's claims against Defendant CoreLogic US, Inc., previously identified as Defendant First Advantage Corporation, are dismissed without prejudice.  This stipulation applies to CoreLogic US, Inc. **ONLY**; FABSC remains a party Defendant.  Plaintiff states that this stipulation of dismissal as to CoreLogic US, Inc. is effective in so far as a March 4, 2011, declaration of Bret Jardine and representations of counsel for FABSC remain accurate.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kathleen A. Casey | First Advantage Background Services Corporation |
| By Her Attorney, | By Its Attorneys |
| | |
| /s/ Francisca D. Fajana | /s/ Jason A. Spak (admitted pro hac vice) |
| Francisca D. Fajana, BBO # 564301 | Picadio, Sneath, Miller & Norton, P.C. |
| Massachusetts Law Reform Institute, Inc. | 4710 U.S. Steel Building |
| 99 Chauncy Street | 600 Grant Street |
| Boston, MA  02111 | Pittsburgh, PA  15219 |
| Tel: 617-357-0700 | Tel: 412-288-4385 |

1

Fax No: 617-357-0777            Email: jspak@psmn.com
Email: FFajana@mlri.org

                         Brian O'Connell, Esq.
                         Elizabeth O'Neill, Esq.
                         Zizik Powers O'Connell Spaulding & Lamontagne
                         690 Canton Street, Suite 306
                         Westwood, MA  02090
                         781-320-5401
                         boconnell@zizikpowers.com

Dated: April 29, 2011

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 29, 2011.

Dated:  April 29, 2011

Signed:                 <u>/s/ Francisca D. Fajana</u>
                        Francisca D. Fajana